# Court of Appeals
# of the State of Georgia

ATLANTA, September 4, 2013

*The Court of Appeals hereby passes the following order:*

**A13A2429.  RLB HOLDINGS, LLC et al. v. BANK OF THE OZARKS.**

On May 30, 2013, the trial court entered an order granting summary judgment to the plaintiff in this suit on promissory notes and guarantees.  On July 9, 2013, three of the defendants filed a notice of appeal to this Court.  We, however, lack jurisdiction.

A notice of appeal must be filed within 30 days after entry of the order to be appealed.  OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court.  See *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997).  The defendants filed their notice of appeal 40 days after entry of the order they seek to challenge.  This appeal is therefore untimely, and it is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, September 4, 2013*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*